UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ALEX PROIMOS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: |
| MAROTTA WEALTH MANAGEMENT, INC., | : | 3:22-cv-00023-NKM-JCH |
| Defendant. | : | |

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff ALEX PROIMOS and Defendant MAROTTA WEALTH MANAGEMENT, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: March 3, 2023                              The Law Office of David C. Deal, P.L.C.

                                                  /s/ David C. Deal
                                                  *Counsel for Plaintiff*

Dated: March 3, 2023                              Miles & Stockbridge P.C.

                                                  /s/ Thomas M. Wolf
                                                  *Counsel for Defendant*

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 2, 2023

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE